Lesley Vowels
1153 Ellerholt Court
Louisville KY 40211
502 435 0934
lesleyvowels@gmail.com
08/21/2024

Vs.

Sharon Landrum Realty.
KKR LLC
JKR LLC
Kruer LLC
Patricia Yense-Woosley
721 S. 8th St. Suite A
Louisville, KY 40203
592-893-8244
slandrum@slrealty.net

**FILED**
James J. Vilt Jr,
Clerk
8/21/2024
U.S. District Court
Western District of Kentucky

Civil Action No. 3:24-cv-480-DJH

## *******US FEDERAL CIVIL LAWSUIT AGAINST SHARON LANDRUM, JKR LLC, KKR LLC, KRUER LLC AND PATRICIA-YENSE WOOSLEY *******

I am suing Sharon Landrum Realty, KKR LLC, JKR LLC and Kruer LLC and Patricia Yense-Woosley Due to a disability discrimination hate crime for exercising my rights under ADA Title II Section 504 since April 2022.

Due to refusing Federal funded rental assistance under ADA Title II Section 504 April2022, February 2023, August 2023 and August 2024.  Denying me access to  Approximately $13,000 in Federally funded rental assistance and filing multiple evictions against ADA Title II Section 504. As 2022 and 2023 was $4000 each and $1000 in 2024.

Due to violations of my Constitutional rights to Due Process under the 5th and 14th Amendments as this case moved to KY Appeals under Case 23XX00105 on November 14,2023 and not yet

heard in US Court of Appeals 6th Circuit Case No. 24-54-95 as of today without legal due process and in violation of FRAP RULE 4 and KRS 23A.

Due to the Criminal trespassing in my home on January 05,2024 as Sharon Landrum Realty did not provide proper legal notice under KRS 383.615 or the Uniform Landlord Tenant Act. As Patricia Yense-Woosely only provided an email 2-hours to entry while I was out of town threating theft and vandalism. KRS 383.615 and Federal criminal law prohibits landlords from allowing police to search an occupied home or apartment without the tenant's consent. The tenant has a "reasonable expectation of privacy" for Fourth Amendment purposes.

Due to providing nullified warrant for possession from KY District Court documents to the Sheriff's Office as this case moved to KY Circuit Court on November 14, 2023 Case No 23XX00105 and now US Court of Appeals 6th Circuit Case No. 24-54-95 still not heard or tried. The Warrant for possession provided to the Sheriff's office by Patricia Yense-Woosley was without legal jurisdiction as of November 14,2023 when this case moved to KY Circuit Court of Appeals Case No. 23XX00105 Circumventing my rights to due process and legal jurisdiction of Circuit court under KRS 23A.

Due to criminal vandalism, theft, grand theft auto, and criminal trespassing January 05, 2024 in violation of KRS 383.615 and 25 CFR § 11.411 - Criminal trespassing.

Due to Grand Theft Auto of My 2008 Jeep Liberty 700-WTR with the vandalized wreckage of my home on January 05, 2024.

Due to not fixing mold raw sewage and flooding. The 383.595 statute in Kentucky outlines the obligations of landlords and tenants regarding the maintenance of rental properties, specifying that landlords must keep the premises in a habitable condition and make necessary repairs.

Due to Hate Crime Statement by Patricia Yense-Woosley on a court recorded line on 05/08/2023 at 1PM eviction court.

Due to falsely reporting an eviction on my credit reports causing further harm.

Due to the theft of approximately 55,000 from my bank account from August 2017-April 2022 as I did not have a lease giving written consent until I received a lease April 2022. The Electronic Fund Transfer Act (EFTA) provides protections for consumers who experience unauthorized withdrawals from their accounts.  Unauthorized electronic fund transfer is an EFT from a consumer's account initiated by a person other than the consumer without authority to initiate the transfer and from which the consumer receives no benefit.  There was no lease for permission and I received no benefit as the amount paid of approximately $55,000 was not reported to the credit bureaus however the illegal eviction was causing further harm while I am disabled.

Due to the theft of Funds removed from my bank account of Approximately $10,000 from April 2022 – May 2023 when the lease was null and void due as JKR LLC is/was non-Operational with the Secretary of State since 2015. All rent past due money was dismissed on May 08, 2023

as JKR LLC in bad standing with the Secretary of State since 2015. Leaving a balance at zero for me and the money they collected illegally owed back to me.

Due to the Federal crime of Mail Fraud C#2183551 of tampering with the mail, changing my residence address and my business address during court proceedings, causing Rule 12 as I the Plaintiff did not receive legal documents by March 25, 2024 from the defendants in my cases in US KY Western District and US Court of Appeals 6th Circuit within 30-60 days from THE STATE OF KENTUCKY in Case No. 3:24-CV-48-CHB Now US Court of Appeals 6th Circuit Case No. 24-54-95, still not heard or tried. This reported to US Post Master C#2183551 as this was to Interfere with legal procedures. My address changed In January 2024 and I was charged rent in February 2024.

Due to criminal stalking as I never leave my home and I left for vacation while Circuit court was not in session for Christmas Break.

Due to Security Service Dog cruelty. No exercise for 6 months, for being leashed for 6 months, for trauma for being socialized when they are not for social as they are security service dogs for protection of my mental health and physical health. due to various disabilities

Due to all expenses incurred since January 05, 2024.

Due to my Pain and Suffering for me and my security service dogs causing homelessness and multiple traumas and harassments while I am disabled for exercising my rights under ADA Title

II Section 504. I am requesting pain and suffering to the fullest extent of the law for trauma abuse hate crime due to this disability discrimination.

Due to the removal of my mother's ashes Sherry Vowels in case 3:24CV-475-RGJ . § 99.14 DISINTERMENTS AND REMOVALS. (A) Prohibited. Removal, by the heirs, of a body or cremated remains so that the plot may be sold for profit to themselves, or removal contrary to expressed or implied wish of the original plot occupant, is repugnant to the ordinary sense of decency and is absolutely forbidden.

For allowing other renters inside my home and business while I Am the legal tenant as this case is not yet heard or tried in US Court of Appeals 6th Circuit Case No.  24-54-95

Federal Law is supreme law of the land. ADA Title II Section 504 trumps KY GOP HouseBill 18 as it was not in effect until March 2024.

I am requesting my keys retuned to my home and business at 1153 Ellerholt Court Louisville KY by Monday August 26, 2024 as I Am due for surgery due to my disability.

I am requesting an unending lease and the first option to buy if sold. As long as I uphold tenant landlord laws. I am also requesting no contact and all rent go through the courts.

I am requesting all money returned unlawfully removed without permission from my account of approximately $65.000 due to theft without permission and providing a lease with a company that was not allowed to do business in THE STATE OF KENTUCKY.

I am requesting the immediate return of my 2008 Jeep Liberty 700-WTR and its contents I am requesting all repairs and cleaning of the contents. Approximately $20,000 contents and $15,000 for my Jeep payments and repairs since purchase.

I am requesting to press criminal charges to the fullest extent of the law to all involved with this criminal trespassing on January 05, 2024.

I am requesting the illegal eviction reports to TransUnion Equifax and Experian or any other credit bureaus removed immediately as this is credit fraud.

I am requesting the current occupants be removed immediately with dignity and their money refunded.  The first and last month rent and deposit on a new rental. As they are trespassing by way of Sharon Landrum Realty as I Am the legal tenant as this case is not yet heard in US Court of Appeals 6th Circuit Case No. 24-54-95.

Due to breach of government contract. As the landlord forfeits the right to sue any tenant in THE STATE OF KENTUCKY when any rental assistance is refused. And disabled persons rental assistance must be accepted under ADA Title II Section 504 and also cannot be sued for back

rent. Sharon Landrum to refund all funds to all tenants they sued for back rent in breach of the government contract of rental assistance laws.

I Am requesting an immediate request is my keys returned to my home at 1153 Ellerholt Court Louisville, KY 40211 and my 2008 Jeep Liberty 700-WTR returned to 1153 Ellerholt Court Louisville KY 40211.

* There is only one question to be answered in this case? Who had legal tenancy on January 05,2024? I Am the legal tenant under ADA Title II Section 504, KRS 23A, and The Constitution of Kentucky and The United States of America Due Process Clause and Supremacy Clause. As the case is still not heard or tried in US Federal Court of Appeals 6th Circuit Case No. 24-54-95. The Due Process Clause of the Fourteenth Amendment to the United States Constitution guarantees that no one can be deprived of life, liberty, or property without due process of law.

I am suing Sharon Landrum Realty, KKR LLC, JKR LLC and Kruer LLC for Disability Discrimination, the criminal trespassing on January 05,2024, tampering with legal due process, grand theft auto, abuse of a corpse, criminal trespassing, Federal Mail Fraud, and the multiple violations to my State and Federal Civil Rights under ADA Title II Section 504 and my Constitutional Civil Right to Due process, pain and suffering, animal cruelty and the return of all moneys taken without legal permission. This is not an exhaustive list but a total amount to yet be determined .

This is only one question needs to be asked. Who had legal rights to 1153 Ellerholt Court on January 05, 2024? I did under KRS 23A and The Constitution of The United States of Americas Due Process and Supremacy Clause and under ADA Title II Section 504.

I Am the legal tenant with shown legal proof being kept from my home and business while disabled. This is cruel and I am due for surgery. I am requesting the keys to my home and my 2008 Jeep Liberty immediately returned to 1153 Ellerholt Court Louisville KY 40211. As I am the legal tenant of 1153 Ellerholt Court Louisville KY 40211 since April 20, 2022 when I signed the lease via email at $695.00 a month and was charged for $758.00.

Thank you
Lesley Vowels
1153 Ellerholt Court
Louisville KY 40211
502 435 0934
lesleyvowels@gmail.com

Due to my disabilities listed under ADA Title IV I Am requesting all communication be through electronic notification on file with the courts since March 25, 2024.  lesleyvowels@gmail.com